UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Tandy Thompson**, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:11cv01712 TCM |
| | ) |
| **John Arthur et al.**, | ) |
| | ) |
| Defendants. | ) |

ORDER

     The above-styled case was filed in the Eastern Division of this court, in error, on 09/30/2011 and assigned to the Honorable Magistrate Judge Thomas C. Mummert, III. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division cause number.

     **IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:11cv00070 AGF. The Honorable Audrey G. Fleissig will preside.

  Case No. 4:11cv01712 TCM is hereby administratively closed.

  Dated this 3rd day of October, 2011.

                                                  JAMES G. WOODWARD
                                                  CLERK OF COURT

                                                  By: /s/ Karen Moore
                                                  Deputy Clerk

  Please refer to Case No. 2:11-cv-00070-AGF in all future matters concerning this case.